

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| APC HOMEMAKER SERVICE, INC., | § | No. 08-14-00266-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | County Court at Law No. 5 |
| | § | |
| ELVIRA PANDO, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 2014DCV1490) |
| | § | |

## **O R D E R**

The Court GRANTS the Appellee's third motion for extension of time to file the brief until

**February 5, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE

APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jeffrey B. Pownell, the Appellee's Attorney, prepare

the Appellee's brief and forward the same to this Court on or before February 5, 2015.

IT IS SO ORDERED this 21st day of January, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.